**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

UNITED STATES OF AMERICA    )
    )
    )
v.    )    CR625-019
    )
IRAN DARNA HARRIS    )

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Jack Morris Downie, Sr.** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Jack Downie, Sr.** be granted leave of absence for the following periods:  March 17, 2026 through March 20, 2026; March 30, 2026 through April 3, 2026; March 27, 2026; April 10, 2026 through April 14, 2026; April 20, 2026 through April 22, 2026; May 4, 2026 through May 8, 2026; June 4, 2026 through June 5, 2026; June 10, 2026 through June 12, 2026; August 17, 2026 through August 21, 2026; and December 11, 2026 through December 18, 2026.

**SO ORDERED**, this the 23rd day of February, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA