**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR625-019 |
| | ) | |
| IRAN DARNA HARRIS | ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Jack Downie, Sr.** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Jack Downie, Sr.** be granted leave of absence for the following periods: October 16, 2026; October 23, 2026; and November 9, 2026 through November 20, 2026.

**SO ORDERED**, this the 21st day of September, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA